UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

TOWN OF BROOKHAVEN,

                Plaintiff,

-against-

SILLS ROAD REALTY LLC, BROOKHAVEN RAIL LLC f/k/a U S RAIL NEW YORK LLC, BROOKHAVEN TERMINAL OPERATIONS, OAKLAND TRANSPORTATION HOLDINGS LLC, SILLS EXPRESSWAY ASSOCIATES, WATRAL BROTHERS, INC., and PRATT BROTHERS, INC.,

                Defendants.

Case Number 14-cv-02286-GRB

**NOTICE OF APPEAL**

*Electronically Filed Document*

Notice is hereby given that the defendants Sills Road Realty LLC, Brookhaven Rail LLC f/k/a U S Rail New York LLC, Brookhaven Terminal Operations, Oakland Transportation Holdings LLC, Watral Brothers, Inc., and Pratt Brothers, Inc. (collectively "BRT") in the above-named case, through their counsel, hereby appeal to the United States Court of Appeals for the Second Circuit from the Order of the Honorable Gary R. Brown, United States Magistrate Judge, dated June 23, 2014 (the "District Court Order"), which enjoined and restrained BRT from undertaking any further actions and activities to mine, excavate, sell, grade and/or remove native sand, minerals and vegetation from parcels B and C during the pendency of the action before the District Court, and ordered BRT to allow Plaintiff and its representatives, agents, employees, consultants, and attorneys, upon reasonable notice to BRT, to enter and inspect the premises as well as photograph the premises and collect samples of debris on the premises.

Dated: July 15, 2014
New York, New York

Respectfully submitted,

By: s/ Yonaton Aronoff

    Yonaton Aronoff
    FOLEY & LARDNER LLP
    90 Park Avenue
    New York, NY 10016-1314
    212-682-7474 Telephone
    212-687-2329 Facsimile

    Vanessa L. Miller (Admitted *pro hac vice*)
    FOLEY & LARDNER LLP
    One Detroit Center
    500 Woodward Avenue
    Suite 2700
    Detroit, MI 48226-3489
    313-234-7130

    *Attorneys for Defendants Sills Road Realty LLC, Brookhaven Rail LLC, Brookhaven Terminal Operations, Oakland Transportation Holdings LLC, Watral Brothers, Inc., and Pratt Brothers, Inc.*

APPEAL,ACO

# U.S. District Court
## Eastern District of New York (Central Islip)
**CIVIL DOCKET FOR CASE #: 2:14−cv−02286−GRB**
*Internal Use Only*

| | |
|---|---|
| Town of Brookhaven v. Sills Road Realty LLC et al | Date Filed: 04/09/2014 |
| Assigned to: Magistrate Judge Gary R. Brown | Jury Demand: Plaintiff |
| Case in other court: NYS Supreme Court, Suffolk County, 061613−2014 | Nature of Suit: 190 Contract: Other |
| | Jurisdiction: Federal Question |
| Cause: 28:1331 Fed. Question: Breach of Contract | |

**Plaintiff**

**Town of Brookhaven**    represented by    **Judah Serfaty**
Rosenberg Calica &Birney LLP.
100 Garden City Plaza
Suite 408
Garden City, NY 11530
(516) 747−7400
Fax: 516−747−7480
Email: jserfaty@rcblaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert M. Calica**
Rosenberg Calica &Birney LLP
100 Garden City Plaza
Suite 408
Garden City, NY 11530
(516) 747−7400
Fax: (516) 747−7480
Email: rcalica@rcblaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Sills Road Realty LLC**    represented by    **Yonaton Aronoff**
Foley &Lardner LLP
90 Park Avenue
New York, NY 10016
212−682−7474
Fax: 212−687−2329
Email: yaronoff@foley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Brookhaven Rail LLC**    represented by    **Yonaton Aronoff**
*formerly known as*    (See above for address)
US Rail New York LLC    *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Brookhaven Terminal Operations LLC**    represented by    **Yonaton Aronoff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Oakland Transportation Holdings LLC**    represented by **Yonaton Aronoff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sills Expressway Associates**    represented by **Kevin Patrick Mulry**
Farrell Fritz P.C.
1320 Rxr Plaza
Uniondale, NY 11556
516–227–0620
Fax: 516–336–2262
Email: kmulry@farrellfritz.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Watral Brothers, Inc.**    represented by **Yonaton Aronoff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pratt Brothers, Inc.**    represented by **Yonaton Aronoff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/09/2014 | 1 | NOTICE OF REMOVAL by Brookhaven Rail LLC, Brookhaven Terminal Operations, Oakland Transportation Holdings LLC, Pratt Brothers, Inc., Sills Road Realty LLC, Watral Brothers, Inc. from Supreme Court of the State of New York, County of Suffolk, case number 2014–061613. ( Filing fee $ 400 receipt number 0207–6849507) (Attachments: # 1 Civil Cover Sheet, # 2 Rule 7.1 Statement for Sills Road Realty LLC, # 3 Rule 7.1 Statement for Brookhaven Rail LLC, # 4 Rule 7.1 Statement for Brookhaven Terminal Operations, # 5 Rule 7.1 Statement for Oakland Transportation Holdings LLC, # 6 Rule 7.1 Statement for Watral Brothers, Inc., # 7 Rule 7.1 Statement for Pratt Brothers, Inc., # 8 Affidavit of Service) (Aronoff, Yonaton) (Entered: 04/09/2014) |
| 04/09/2014 | 2 | Corporate Disclosure Statement by Brookhaven Rail LLC identifying Corporate Parent Oakland Transportation Holdings LLC for Brookhaven Rail LLC. (McMorrow, Karen) (Entered: 04/10/2014) |
| 04/09/2014 | 3 | Corporate Disclosure Statement by Brookhaven Terminal Operations LLC (McMorrow, Karen) (Entered: 04/10/2014) |
| 04/09/2014 | 4 | Corporate Disclosure Statement by Oakland Transportation Holdings LLC identifying Corporate Parent Nevada 5 Inc. for Oakland Transportation Holdings LLC. (McMorrow, Karen) (Entered: 04/10/2014) |
| 04/09/2014 | 5 | DISCLOSURE of Interested Parties by Pratt Brothers, Inc.. (McMorrow, Karen) (Entered: 04/10/2014) |
| 04/09/2014 | 6 | DISCLOSURE of Interested Parties by Sills Road Realty LLC. (McMorrow, Karen) (Entered: 04/10/2014) |
| 04/09/2014 | 7 | DISCLOSURE of Interested Parties by Watral Brothers, Inc.. (McMorrow, Karen) (Entered: 04/10/2014) |

| 04/10/2014 |  | This attorney case opening filing has been checked for quality control. The following corrections were made: added plaintiff counsel, added f/k/a to Brookhaven Rail, added LLC to Brookhaven Terminal Operations, arbitration code changed to blank. (McMorrow, Karen) (Entered: 04/10/2014) |
|---|---|---|
| 04/10/2014 |  | Case Assigned to Judge Leonard D. Wexler and Magistrate Judge A. Kathleen Tomlinson. (McMorrow, Karen) (Entered: 04/10/2014) |
| 04/10/2014 | 8 | In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that *if* all parties consent a United States magistrate judge of this court is available to conduct all proceedings in this civil action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to the Notice is a blank copy of the consent form that should be filled out, signed and filed electronically **only if all** parties wish to consent. The form may also be accessed at the following link:http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf. **You may withhold your consent without adverse substantive consequences**. **Do NOT return or file the consent unless all parties have signed the consent.** (McMorrow, Karen) (Entered: 04/10/2014) |
| 04/10/2014 |  | (Court only) ***Staff notes: Attorneys Robert Calica, Judah Serfaty, and Yonaton Aronoff have been checked for disciplinary actions in CT, NJ and NY; there are no disciplinary actions as of 4/10/14 (McMorrow, Karen) (Entered: 04/10/2014) |
| 04/11/2014 | 9 | INITIAL CONFERENCE SCHEDULING ORDER: Initial Conference set for 6/10/2014 at 11:30 AM before Magistrate Judge A. Kathleen Tomlinson. No later than two business days before the Initial Conference, counsel for the parties must submit, by means of electronic filing on the court's ECF system, a Joint Proposed Discovery Plan. SEE ATTACHED ORDER for additional details. Ordered by Magistrate Judge A. Kathleen Tomlinson on 4/11/2014. (Buckel, Katherine) (Entered: 04/11/2014) |
| 04/16/2014 | 10 | Letter *Concerning Related Action Pursuant to Local Civil Rule 1.6* by Town of Brookhaven (Calica, Robert) (Entered: 04/16/2014) |
| 04/16/2014 | 11 | ANSWER to Complaint by Brookhaven Rail LLC, Brookhaven Terminal Operations LLC, Oakland Transportation Holdings LLC, Pratt Brothers, Inc., Sills Road Realty LLC, Watral Brothers, Inc.. (Aronoff, Yonaton) (Entered: 04/16/2014) |
| 04/24/2014 | 12 | Letter *Application for Leave to Submit Application for Order to Show Cause and Temporary Restraining Order Pursuant to FRCP 65* by Town of Brookhaven (Calica, Robert) (Entered: 04/24/2014) |
| 04/24/2014 | 13 | DEMAND for Trial by Jury by Town of Brookhaven (Calica, Robert) (Entered: 04/24/2014) |
| 04/25/2014 |  | NOTICE of Hearing: Due to a scheduling conflict in Judge Wexler's calendar, the Show Cause Hearing is set for 4/28/2014 at 10:45 AM in Courtroom 920 before Judge Joseph F. Bianco. (Russo, Eric) (Entered: 04/25/2014) |
| 04/25/2014 | 14 | MOTION for Preliminary Injunction −−*PROPOSED ORDER TO SHOW CAUSE WITH DECLARATIONS* by Town of Brookhaven. (Attachments: # 1 Exhibit A − Uncleared Aerial, # 2 Exhibit B − Site Photo, # 3 Exhibit B−1 − SillsRD_ProposedTrackOverlay, # 4 Exhibit C − Suppl Summons &Amended Complaint, # 5 Exhibit D − Answer, # 6 Exhibit E − Stip of Settlement of '07 Action−−So Ordered, # 7 Exhibit F − 04−09−14 Stip, # 8 Exhibit G − Judge Boyle's Report and Recommendation in Prior Action, # 9 Exhibit H − Judge Platt's Order Adopting Judge Boyle's R# 10 Exhibit I − STB Decision Oakland Transportation Control Exemption, # 11 Exhibit J − May 11, 2012 letter, # 12 Exhibit K − 2/6/14 GannettFleming Letter, # 13 Exhibit L − Environmental Overview by Gannett Fleming, Inc. − Feb. 2014), # 14 Exhibit M − PWGC Plan dated December 11, 2012, # 15 Exhibit N − AECOM Plan dated January 15, 2014, # 16 Exhibit O − Bowne Plan dated April 1, 2014, # 17 Exhibit P − Caithness FEIS Portions, # 18 Memorandum in Support) (Serfaty, Judah) (Entered: 04/25/2014) |
| 04/28/2014 | 15 | *Bench Memorandum* by Brookhaven Rail LLC, Brookhaven Terminal Operations LLC, Oakland Transportation Holdings LLC, Pratt Brothers, Inc., Sills Road Realty LLC, Watral Brothers, Inc. (Aronoff, Yonaton) Modified on 4/28/2014to |

| | | |
|---|---|---|
| | | remove the word "Letter" before Bench Memorandum at the request of counsel (Coleman, Laurie). (Entered: 04/28/2014) |
| 04/28/2014 | 16 | Minute Entry for proceedings held before Judge Joseph F. Bianco:Show Cause Hearing held on 4/28/2014 – argument hears/ decision reserved (Tape #2;04 – 2:24.) (Bollbach, Jean) (Entered: 04/29/2014) |
| 04/30/2014 | 17 | AFFIDAVIT/DECLARATION in Opposition re 14 MOTION for Preliminary Injunction −−*PROPOSED ORDER TO SHOW CAUSE WITH DECLARATIONS* filed by Brookhaven Rail LLC, Brookhaven Terminal Operations LLC, Oakland Transportation Holdings LLC, Pratt Brothers, Inc., Sills Road Realty LLC, Watral Brothers, Inc.. (Attachments: # 1 Exhibit) (Aronoff, Yonaton) (Entered: 04/30/2014) |
| 04/30/2014 | 18 | AFFIDAVIT/DECLARATION in Opposition re 14 MOTION for Preliminary Injunction −−*PROPOSED ORDER TO SHOW CAUSE WITH DECLARATIONS* filed by Brookhaven Rail LLC, Brookhaven Terminal Operations LLC, Oakland Transportation Holdings LLC, Pratt Brothers, Inc., Sills Road Realty LLC, Watral Brothers, Inc.. (Attachments: # 1 Exhibit) (Aronoff, Yonaton) (Entered: 04/30/2014) |
| 04/30/2014 | 19 | AFFIDAVIT/DECLARATION in Opposition re 14 MOTION for Preliminary Injunction −−*PROPOSED ORDER TO SHOW CAUSE WITH DECLARATIONS* filed by Brookhaven Rail LLC, Brookhaven Terminal Operations LLC, Oakland Transportation Holdings LLC, Pratt Brothers, Inc., Sills Road Realty LLC, Watral Brothers, Inc.. (Aronoff, Yonaton) (Entered: 04/30/2014) |
| 04/30/2014 | 20 | Letter *to Judge Bianco reporting that the parties have been unable to reach an interim agreement, and our understanding that the parties will appear before the Court tomorrow morning* by Town of Brookhaven (Serfaty, Judah) (Entered: 04/30/2014) |
| 04/30/2014 | | SCHEDULING ORDER: IT IS HEREBY ORDERED that the parties shall participate in a telephone conference with the Court on Thursday, May 1, 2014, at 10:30 a.m., regarding the order to show cause. At that time, counsel for plaintiff shall initiate the call and, once all parties are on the line, shall contact Chambers at (631) 712−5670. SO ORDERED. Ordered by Judge Joseph F. Bianco on 4/30/2014. (Chipev, George) (Entered: 04/30/2014) |
| 04/30/2014 | 21 | AFFIDAVIT/DECLARATION in Support re 14 MOTION for Preliminary Injunction −−*PROPOSED ORDER TO SHOW CAUSE WITH DECLARATIONS Reply Declaration in Further Support* filed by Town of Brookhaven. (Attachments: # 1 Exhibit A through D) (Serfaty, Judah) (Entered: 04/30/2014) |
| 04/30/2014 | 22 | AFFIDAVIT/DECLARATION in Support re 14 MOTION for Preliminary Injunction −−*PROPOSED ORDER TO SHOW CAUSE WITH DECLARATIONS −−CORRECTED REPLY DECLARATION (replaces Doc # 21, which was incorrect version of the final declaration)* filed by Town of Brookhaven. (Attachments: # 1 Exhibit A−D) (Serfaty, Judah) (Entered: 04/30/2014) |
| 05/01/2014 | 23 | Minute Entry for proceedings held before Judge Joseph F. Bianco: Show Cause Hearing held on 5/1/2014, deft opposition to motion for preliminary injunction due 5/7/14l reply by 5/9/14 preliminary injunction hearing set for 5/12/2014 10:00 AM in Courtroom 940 before Judge Leonard D. Wexler.) (Tape #ftr 10:36 – 10:51.) (Bollbach, Jean) (Entered: 05/01/2014) |
| 05/01/2014 | 24 | ORDER TO SHOW CAUSE Show Cause Hearing set for 5/12/2014 09:40 AM in Courtroom 940 before Judge Leonard D. Wexler. See document for details.. Ordered by Judge Joseph F. Bianco on 5/1/2014. (Bollbach, Jean) (Entered: 05/01/2014) |
| 05/05/2014 | 25 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 25, receipt number 0207−6903681. by Brookhaven Rail LLC, Brookhaven Terminal Operations LLC, Oakland Transportation Holdings LLC, Pratt Brothers, Inc., Sills Road Realty LLC, Watral Brothers, Inc.. (Attachments: # 1 Declaration of Yonaton Aronoff, Esq, # 2 Declaration of Vanessa L. Miller, Esq, # 3 Exhibit A to Declaration of Vanessa L. Miller, Esq, # 4 Proposed Order) (Aronoff, Yonaton) (Entered: |

| | | |
|---|---|---|
| | | 05/05/2014) |
| 05/06/2014 | 26 | Letter by Brookhaven Rail LLC, Brookhaven Terminal Operations LLC, Oakland Transportation Holdings LLC, Pratt Brothers, Inc., Sills Road Realty LLC, Watral Brothers, Inc. (Aronoff, Yonaton) (Entered: 05/06/2014) |
| 05/06/2014 | 27 | Letter *with Exhibit A* by Brookhaven Rail LLC, Brookhaven Terminal Operations LLC, Oakland Transportation Holdings LLC, Pratt Brothers, Inc., Sills Road Realty LLC, Watral Brothers, Inc. (Aronoff, Yonaton) (Entered: 05/06/2014) |
| 05/06/2014 | 28 | Letter *Response to Letter−Application of Brookhaven Rail Terminal Defendants* by Town of Brookhaven (Serfaty, Judah) (Entered: 05/06/2014) |
| 05/07/2014 | 29 | MEMORANDUM in Opposition re 14 MOTION for Preliminary Injunction −−*PROPOSED ORDER TO SHOW CAUSE WITH DECLARATIONS* filed by Brookhaven Rail LLC, Brookhaven Terminal Operations LLC, Oakland Transportation Holdings LLC, Pratt Brothers, Inc., Sills Road Realty LLC, Watral Brothers, Inc.. (Attachments: # 1 Declaration of Yonaton Aronoff, Esq., # 2 Declaration of James J. Pratt, III, # 3 Declaration of Daniel K. Miller, # 4 Declaration of Robert J. Humbert, # 5 Notice of Cross−Motion) (Aronoff, Yonaton) (Entered: 05/07/2014) |
| 05/08/2014 | 30 | Cross MOTION to Stay re 29 Memorandum in Opposition,, by Brookhaven Rail LLC, Brookhaven Terminal Operations LLC, Oakland Transportation Holdings LLC, Pratt Brothers, Inc., Sills Road Realty LLC, Watral Brothers, Inc.. (Aronoff, Yonaton) (Entered: 05/08/2014) |
| 05/08/2014 | 31 | Letter by Brookhaven Rail LLC, Brookhaven Terminal Operations LLC, Oakland Transportation Holdings LLC, Pratt Brothers, Inc., Sills Road Realty LLC, Watral Brothers, Inc. (Aronoff, Yonaton) (Entered: 05/08/2014) |
| 05/09/2014 | 32 | MEMORANDUM in Support re 14 MOTION for Preliminary Injunction −−*PROPOSED ORDER TO SHOW CAUSE WITH DECLARATIONS and in Opposition to Defendants' Cross−Motion 30* filed by Town of Brookhaven. (Attachments: # 1 Declaration Reply Declaration of Stephanie O. Davis, CPG, # 2 Declaration Reply Declaration of Ritu Mody, PE) (Serfaty, Judah) (Entered: 05/09/2014) |
| 05/09/2014 | 33 | AFFIDAVIT/AFFIRMATION re 32 Memorandum in Support, *of Service* by Town of Brookhaven (Serfaty, Judah) (Entered: 05/09/2014) |
| 05/09/2014 | 34 | AFFIDAVIT/AFFIRMATION re 32 Memorandum in Support, *of Service* by Town of Brookhaven (Serfaty, Judah) (Entered: 05/09/2014) |
| 05/09/2014 | 35 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 25, receipt number 0207−6917117. by Brookhaven Rail LLC, Brookhaven Terminal Operations LLC, Oakland Transportation Holdings LLC, Pratt Brothers, Inc., Sills Road Realty LLC, Watral Brothers, Inc.. (Attachments: # 1 Declaration of Yonaton Aronoff, Esq., # 2 Declaration of David T. Ralston, Jr., # 3 Proposed Order) (Aronoff, Yonaton) (Entered: 05/09/2014) |
| 05/12/2014 | 36 | Minute Entry for proceedings held before Judge Leonard D. Wexler: Preliminary Injunction Hearing held on 5/13/2014. Plaintiff(s) represented by Robert M. Calica, Esq., George Kordas, Esq. and Annette Eaderesto, Esq. Defendant(s) represented by Yonaton Aronoff, Esq., David T. Ralston, Jr., Esq. and Vanessa L. Miller, Esq. Arguments heard regarding Plaintiffs request for aTemporary Restraining Order (TRO). Plaintiffs request for a Temporary Restraining Order is hereby GRANTED. Preliminary Injunction Hearing is hereby set for 5/16/2014 at 11:00 AM in Courtroom 940 before Judge Leonard D. Wexler. Proceedings concluded.(Court Reporter Perry Auerbach.) (Russo, Eric) Modified on 6/12/2014 (Russo, Eric). (Entered: 05/13/2014) |
| 05/15/2014 | 37 | NOTICE of Appearance by Kevin Patrick Mulry on behalf of Sills Expressway Associates (aty to be noticed) (Mulry, Kevin) (Entered: 05/15/2014) |
| 05/16/2014 | | (Court only) ***Staff notes; Attorney Kevin Patrick Mulry has been checked for disciplinary proceedings. There are no disciplinary sanction orders for this attorney as of 05/16/2014. (Fagan, Linda) (Entered: 05/16/2014) |

| | | |
|---|---|---|
| 05/16/2014 | 38 | ORDER: The undersigned hereby recuses herself from this matter pursuant to 28 U.S.C. § 455(a). It is requested that the Clerk of the Court reassign this matter to another Magistrate Judge forthwith. Ordered by Magistrate Judge A. Kathleen Tomlinson on 5/16/2014. (Lanin, Debbie) (Entered: 05/16/2014) |
| 05/16/2014 | | Case reassigned to Magistrate Judge Gary R. Brown. Magistrate Judge A. Kathleen Tomlinson no longer assigned to the case. (Talbott, Thomas) (Entered: 05/16/2014) |
| 05/16/2014 | 39 | Minute Order for proceedings held before Magistrate Judge Gary R. Brown: Discovery Hearing held on 5/16/2014. Rulings set forth on the record. Preliminary injunction hearing scheduled for 5/19/2014 at 9:30 AM. (Posillico, Lauren) (Entered: 05/16/2014) |
| 05/16/2014 | | ORDER REFERRING MOTION: 14 MOTION for Preliminary Injunction filed by Town of Brookhaven is hereby referred to Magistrate Judge Brown. So Ordered by Judge Leonard D. Wexler on 5/16/2014. Motion referred to Gary R. Brown. (Sweeney, Helen) (Entered: 05/16/2014) |
| 05/19/2014 | 40 | CONSENT to Jurisdiction by US Magistrate Judge by Brookhaven Rail LLC, Brookhaven Terminal Operations LLC, Oakland Transportation Holdings LLC, Pratt Brothers, Inc., Sills Expressway Associates, Sills Road Realty LLC, Town of Brookhaven, Watral Brothers, Inc.. (Posillico, Lauren) (Entered: 05/19/2014) |
| 05/19/2014 | 41 | Minute Entry for proceedings held before Magistrate Judge Gary R. Brown:Preliminary Injunction hearing held on 5/19/2014. Witnesses sworn. Evidence entered. Hearing continued to 5/20/2014 at 9:00 AM. (Court Reporter: Harry Rapaport) (Posillico, Lauren) (Entered: 05/20/2014) |
| 05/20/2014 | 42 | Minute Order for proceedings held before Magistrate Judge Gary R. Brown:Preliminary Injunction Hearing held on 5/20/2014. Witnesses sworn. Evidence entered. Plff and dft rest. Post hearing submissions due 5/29/2014. (Court Reporter: Harry Rapaport) (Posillico, Lauren) (Entered: 05/20/2014) |
| 05/20/2014 | 43 | CONSENT to Jurisdiction by US Magistrate Judge by Brookhaven Rail LLC, Brookhaven Terminal Operations LLC, Oakland Transportation Holdings LLC, Pratt Brothers, Inc., Sills Expressway Associates, Sills Road Realty LLC, Town of Brookhaven, Watral Brothers, Inc.. Case reassigned to Magistrate Judge Gary R. Brown. Ordered by Judge Leonard D. Wexler on 5/20/14. c/m by ecf. (Mahon, Cinthia) (Entered: 05/21/2014) |
| 05/21/2014 | 44 | Letter *Enclosing Phase 2 (Parcels B &C) Rough Grading Plan* by Town of Brookhaven (Attachments: # 1 Exhibit) (Kordas, George) (Entered: 05/21/2014) |
| 05/22/2014 | 45 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 5–19–14 and 5–20–14, before Judge Brown. Court Reporter/Transcriber H. Rapaport, Telephone number 631 712–6105. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/12/2014. Redacted Transcript Deadline set for 6/23/2014. Release of Transcript Restriction set for 8/20/2014. (Rapaport, Harry) (Entered: 05/22/2014) |
| 05/22/2014 | 46 | Exhibit List and Witness List from preliminary injunction hearing on 5/19/2014 and 5/20/2014 before Magistrate Judge Gary R. Brown. (Posillico, Lauren) (Entered: 05/22/2014) |
| 05/29/2014 | 47 | MEMORANDUM in Support *––Town's Post–Hearing Memorandum &Proposed Findings* filed by Town of Brookhaven. (Serfaty, Judah) (Entered: 05/29/2014) |
| 05/29/2014 | 48 | MEMORANDUM in Opposition – *BRT DEFENDANTS' POST–HEARING MEMORANDUM* filed by Brookhaven Rail LLC, Brookhaven Terminal Operations LLC, Oakland Transportation Holdings LLC, Pratt Brothers, Inc., Sills Road Realty LLC, Watral Brothers, Inc.. (Attachments: # 1 Declaration of Yonaton Aronoff) (Aronoff, Yonaton) (Entered: 05/29/2014) |
| 05/29/2014 | 49 | MEMORANDUM in Opposition re 14 MOTION for Preliminary Injunction *––PROPOSED ORDER TO SHOW CAUSE WITH DECLARATIONS Post–Hearing Letter Brief* filed by Sills Expressway Associates. (Mulry, Kevin) |

| | | |
|---|---|---|
| | | (Entered: 05/29/2014) |
| 05/30/2014 | 50 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 5/1/2014, before Judge Joseph F. Bianco. Transcriber Tracy Gribben's Transcription Service, Telephone number 732−263−0044. Email address: TGribben@transcription.com. Transcript may be viewed at the court public terminal or purchased through the Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/20/2014. Redacted Transcript Deadline set for 6/30/2014. Release of Transcript Restriction set for 8/28/2014. (Cox, Dwayne) (Entered: 05/30/2014) |
| 06/03/2014 | 51 | REPLY in Opposition *(Addressed to BRT's Post−Hearing Exhibit Submission − Doc. No. 48−1)* filed by Town of Brookhaven. (Kordas, George) (Entered: 06/03/2014) |
| 06/04/2014 | 52 | NOTICE by Brookhaven Rail LLC, Brookhaven Terminal Operations LLC, Oakland Transportation Holdings LLC, Pratt Brothers, Inc., Sills Road Realty LLC, Watral Brothers, Inc. *of Stipulated Errata Sheet* (Aronoff, Yonaton) (Entered: 06/04/2014) |
| 06/04/2014 | 53 | Letter *Request that Court take Judicial Notice* by Town of Brookhaven (Kordas, George) (Entered: 06/04/2014) |
| 06/06/2014 | 54 | ANSWER to Complaint by Sills Expressway Associates. (Mulry, Kevin) (Entered: 06/06/2014) |
| 06/06/2014 | 55 | Letter *to Magistrate Judge Brown concerning TRO restrictions past June 10, 2014* by Town of Brookhaven (Serfaty, Judah) (Entered: 06/06/2014) |
| 06/06/2014 | 56 | Letter *Responding to Plaintiff's Letter dated June 6, 2014 concerning TRO restrictions* by Sills Expressway Associates (Mulry, Kevin) (Entered: 06/06/2014) |
| 06/06/2014 | | ELECTRONIC ORDER. Defendants are directed to respond to plaintiff's June 6, 2014 letter 55 , by close of business on June 9, 2014. Ordered by Magistrate Judge Gary R. Brown on 6/6/2014. (Demosthenous, Constantina) (Entered: 06/06/2014) |
| 06/09/2014 | | SCHEDULING ORDER: A telephone conference has been scheduled for June 9, 2014 at 4:00 PM. Plaintiff's counsel is directed to initiate the call and have all parties on the line before connecting to the Court at (631) 712−5700. Ordered by Magistrate Judge Gary R. Brown on 6/9/2014. (Demosthenous, Constantina) (Entered: 06/09/2014) |
| 06/09/2014 | 57 | Letter *to Judge Brown* by Brookhaven Rail LLC, Brookhaven Terminal Operations LLC, Oakland Transportation Holdings LLC, Pratt Brothers, Inc., Sills Road Realty LLC, Watral Brothers, Inc. (Aronoff, Yonaton) (Entered: 06/09/2014) |
| 06/09/2014 | 58 | Minute Entry for proceedings held before Magistrate Judge Gary R. Brown:Telephone Status Conference held on 6/9/2014. (Posillico, Lauren) (Entered: 06/10/2014) |
| 06/10/2014 | | ELECTRONIC ORDER. ORDERED that upon consent of the parties, the Temporary Restraining Order issued on May 13, 2014 will be EXTENDED to and including July 1, 2014, to permit the Court adequate time to review and rule on the parties' submissions in connection with the preliminary injunction motion. Ordered by Magistrate Judge Gary R. Brown on 6/10/2014. (Demosthenous, Constantina) (Entered: 06/10/2014) |
| 06/11/2014 | 59 | Letter *−−Town's Emergency Application to STB to keep record open due to today's "CEASE AND DESIST" Notices to BRT issued by LIPA/PSEcopied Magistrate Judge Brown* by Town of Brookhaven (Serfaty, Judah) (Entered: 06/11/2014) |
| 06/12/2014 | 60 | Letter MOTION to Strike 59 Letter by Sills Expressway Associates. (Attachments: # 1 Exhibit Exh. A, # 2 Exhibit Exh. B) (Mulry, Kevin) (Entered: 06/12/2014) |
| 06/13/2014 | 61 | Letter *to Judge Brown* by Brookhaven Rail LLC, Brookhaven Terminal Operations LLC, Oakland Transportation Holdings LLC, Pratt Brothers, Inc., Sills Road Realty LLC, Watral Brothers, Inc. (Aronoff, Yonaton) (Entered: 06/13/2014) |

| | | |
|---|---|---|
| 06/13/2014 | 62 | MOTION for Preliminary Injunction --*PROPOSED ORDER TO SHOW CAUSE to re-open preliminary injunction record in light of accompanying LIPA Declaration and Cease and Desist letters and other evidence* by Town of Brookhaven. (Attachments: # 1 Letter to Magistrate Judge Brown) (Serfaty, Judah) (Entered: 06/13/2014) |
| 06/13/2014 | | ELECTRONIC ORDER granting 60 Motion to Strike ; denying 62 Motion for Preliminary Injunction. Plaintiff's letter dated June 11, 2014, DE 59 , is stricken from the record and will not be used in connection with the pending preliminary injunction motion. Plaintiff's motion for an Order to Show Cause to reopen the preliminary injunction hearing is DENIED. Ordered by Magistrate Judge Gary R. Brown on 6/13/2014. (Demosthenous, Constantina) (Entered: 06/13/2014) |
| 06/23/2014 | 63 | ORDER granting 14 Motion for Preliminary Injunction. Based on the reasons set forth in the attached order: It is hereby ORDERED that the defendants are hereby enjoined and restrained from undertaking any further actions and activities to mine, excavate, sell, grade and/or remove native sand, minerals and vegetation from parcels B and C, during the pendency of this action and pending further order of the Court. Further, it is ORDERED that plaintiff and its representatives, agents, employees, consultants and attorneys may, upon reasonable notice to defendants, enter the premises to inspect to ensure compliance with this Order, photograph the site for the purposes of documentation and evidentiary submission and collect samples of debris for the purposes of testing for contaminants. SO ORDERED. Ordered by Magistrate Judge Gary R. Brown on 6/23/2014. (Lam, Joseph) (Entered: 06/23/2014) |
| 06/24/2014 | | Email Notification Test - DO NOT REPLY THIS IS A TEST--Please call and confirm that this was received at both email addresses. (718-613-2312) (Levine, Evelyn) (Entered: 06/24/2014) |
| 06/24/2014 | 64 | Letter *to Judge Brown* by Brookhaven Rail LLC, Brookhaven Terminal Operations LLC, Oakland Transportation Holdings LLC, Pratt Brothers, Inc., Sills Road Realty LLC, Watral Brothers, Inc. (Aronoff, Yonaton) (Entered: 06/24/2014) |
| 06/25/2014 | 65 | Minute Order for proceedings held before Magistrate Judge Gary R. Brown:Telephone Status Conference held on 6/25/2014. Counsel has suggested to the Court that the statements made in the Declaration of Mr. Miller cited on page 10 of the Court's preliminary injunction was an incomplete statement of the facts, rather than an intentional misrepresentation. Upon review, and with the consent of the parties, it is hereby noted that that may well have been the case. Even assuming, however, that any misimpression on this particular point arose from an oversight, this point is ultimately immaterial to the Court's determinations therein. (Posillico, Lauren) (Entered: 06/25/2014) |
| 07/01/2014 | 66 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 5/16/2014, before Magistrate Judge Gary R. Brown. Transcriber Aria Services, Inc., Telephone number 845-260-1377. Email address: aria@leinen.net. Transcript may be viewed at the court public terminal or purchased through the Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/22/2014. Redacted Transcript Deadline set for 8/1/2014. Release of Transcript Restriction set for 9/29/2014. (Cox, Dwayne) (Entered: 07/01/2014) |
| 07/15/2014 | 67 | NOTICE OF APPEAL as to 63 Order on Motion for Preliminary Injunction,,, by Brookhaven Rail LLC, Brookhaven Terminal Operations LLC, Oakland Transportation Holdings LLC, Pratt Brothers, Inc., Sills Road Realty LLC, Watral Brothers, Inc.. Filing fee $ 505, receipt number 0207-7066089. (Aronoff, Yonaton) (Entered: 07/15/2014) |
| 07/15/2014 | 68 | AFFIDAVIT of Service for Notice of Appeal , filed by Brookhaven Rail LLC, Brookhaven Terminal Operations LLC, Oakland Transportation Holdings LLC, Pratt Brothers, Inc., Sills Road Realty LLC, Watral Brothers, Inc.. (Aronoff, Yonaton) (Entered: 07/15/2014) |

| | | |
|---|---|---|
| 07/15/2014 | | Electronic Index to Record on Appeal sent to US Court of Appeals. 67 Notice of Appeal, Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (Cox, Dwayne) (Entered: 07/15/2014) |