UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the _____ day of _____, two thousand and fourteen,

| | |
|---|---|
| TOWN OF BROOKHAVEN,<br><br>　　　　　Plaintiff-Appellee,<br><br>　　-against-<br><br>SILLS ROAD REALTY LLC, BROOKHAVEN RAIL LLC f/k/a U S RAIL NEW YORK LLC, BROOKHAVEN TERMINAL OPERATIONS, OAKLAND TRANSPORTATION HOLDINGS LLC, SILLS EXPRESSWAY ASSOCIATES, WATRAL BROTHERS, INC., and PRATT BROTHERS, INC.,<br><br>　　　　　Defendants-Appellants. | **STIPULATION**<br><br>District Court No: 14-cv-02286-GRB<br><br>Case Numbers: 14-2558, 14-2661 |

The undersigned counsel for the parties stipulate that the above-captioned appeals are hereby withdrawn without costs or attorneys' fees and pursuant to Local Rule 42.1. Appellants may reinstate the appeals by filing written notices with the Clerk, and serving such notices upon the undersigned appellee, by February 3, 2015. The time tolled under LR 31.2 if any, begins to run again from the date of each appellant's respective reinstatement notice to the Clerk.

If not timely reinstated, the appeals shall be mandated pursuant to FRAP 41.

Date: October 13, 2014

FOLEY & LARDNER LLP

By: _____
Yonaton Aronoff
90 Park Avenue
New York, NY 10016-1314
212-682-7474 (Telephone)
yaronoff@foley.com

*Counsel for Sills Road Realty LLC,
Brookhaven Rail LLC f/k/a U S Rail New York
LLC, Brookhaven Terminal Operations,
Oakland Transportation Holdings LLC,
Watral Brothers, Inc., and Pratt Brothers, Inc.*

Date: October 10, 2014

FARRELL FRITZ

By: _____
Kevin P. Mulry
1320 RXR Plaza
Uniondale, NY 11556-1320
516-227-0620 (Telephone)
kmulry@farrellfritz.com

*Counsel for Sills Expressway Associates*

Date: October 10, 2014

ROSENBERG CALICA & BIRNEY LLP

By: _____
Robert M. Calica
100 Garden City Plaza
Garden City, NY 11530
516-747-7400 (Telephone)
rob@rcblaw.com

*Counsel for Town of Brookhaven*

SO ORDERED: _____