UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of October, two thousand and fourteen,

Town of Brookhaven,

    Plaintiff - Appellee,

v.

Sills Road Realty LLC, Brookhaven Rail LLC, FKA United States Rail of New York LLC, Brookhaven Terminal Operations LLC, Oakland Transportation Holdings LLC, Sills Expressway Associates, Watral Brothers, Inc., Pratt Brothers, Inc.,

    Defendants - Appellants.

**ORDER**
Docket No. 14-2558, 14-2661

The parties in the above-referenced case have filed a stipulation withdrawing these appeals pursuant to Local Rule 42.1.

The stipulation is hereby "So Ordered".

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 10/20/2014